**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION**

In re:                                           )
                                                 )          MDL Docket No.
FEDEX TARIFFS AND REALTED FEES   )
LITIGATION                                    )

**SCHEDULE OF ACTIONS**

|     | Plaintiff | Defendant | District | Civil Action No. | Judge |
|-----|-----------|-----------|----------|------------------|-------|
| 1. | Hali Anastopoulo | FedEx Corporation | Western District of Tennessee | 2:26-cv-02181 | Chief Judge Sheryl H. Lipman |
| 2. | Hali Anastopoulo | FedEx Corporation | District of South Carolina | 2:26-cv-00753 | Honorable Bruce Howe Hendricks |
| 3. | Matthew Reiser | Federal Express Corporation and FedEx Logistics, Inc. | Southern District of Florida | 1:26-cv-21328 | Honorable Jacqueline Becerra |
| 4. | Cycle Limited, LLC, and Nicholas R. Metcalf | Federal Express Corporation and FedEx Logistics, Inc. | Southern District of Florida | 9:26-cv-80232 | Honorable Aileen M. Cannon |
| 5. | Hali Anastopoulo | Federal Express Corporation | District of Delaware | 1:26-cv-00236 | Unassigned |
| 6. | David R. Deburro | Federal Express Corporation and FedEx Logistics, Inc. | Western District of Tennessee | 2:26-cv-02240 | Chief Judge Sheryl H. Lipman |
| 7. | Natalia Crespo Rosado | FedEx Corporation | Southern District of New York | 1:26-cv-01861 | Honorable Jeannette A. Vargas |