## UNITED STATES JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION



# Notice of Related Actions from JPML

**Date Received:   4/8/26**

**JPML has been notified of the attached action(s) for potential inclusion in the proposed MDL.**

**Number of Actions:  1**

**Complaints and Docket Sheets are attached.**

_____
ACTING CLERK OF THE PANEL